IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW MOBERG** | **PETITIONER** |
| v. | **CAUSE NO. 1:21CV187-LG-BWR** |
| **BURL CAIN, MDOC Commissioner; and LEE SIMON, Deputy Warden** | **RESPONDENTS** |

## FINAL JUDGMENT

This matter is before the Court on submission of the [24] Report and Recommendations entered by United States Magistrate Judge Bradley W. Rath. The Court, having adopted said Report and Recommendations as the findings of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [24] Report and Recommendations entered by United States Magistrate Judge Bradley W. Rath is **ADOPTED** as the opinion of this Court. Matthew Moberg's Petition is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 21st day of June, 2023.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE